**No. 40979.**—Protest 931979–G of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of animal pencil holders chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was, therefore, sustained. *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) followed.

**No. 40980.**—Protest 558001–G of C. A. Haynes & Co. (New York)

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers the same as those the subject of *Rice* v. *United States* (T. D. 49373). The claim at 40 percent under paragraph 339 was therefore sustained.

BEFORE THE THIRD DIVISION, APRIL 3, 1939

**No. 40981.**—Protest 899315–G of National Silver Co. (Los Angeles).

Opinion by EVANS, J. The collector admitted in his report that the contention in the protest was correct and that there was a clerical error in the invoice. The protest was therefore sustained.

**No. 40982.**—Protest 926908–G of C. J. Hendry Co. (San Francisco).

Opinion by EVANS, J. It was found that the proof does not show clerical error made by one upon whom no duty devolved to exercise original thought or judgment. *Yamada* v. *United States* (26 C. C. P. A. 89, T. D. 49628) cited. The record showed that the examining officer clearly admits that he made an error. As the importer neglected to avail himself of the opportunity to appeal to reappraisement the protest was overruled.

**No. 40983.**—Protest 904255–G of Hoffman Lion Mills Co. (New York).

Opinion by EVANS, J. It was found that whatever error was made was in the wording of the stipulation of counsel. However, in view of the testimony of the examiner, the protest was sustained.

**No. 40984.**—Protest 658630–G of Railway Express Agency, Inc. (Pembina).

Opinion by EVANS, J. It appeared that the importer having received a remission of additional duties under section 489, Tariff Act of 1930, apparently became imbued with the idea that he was also entitled to the remission of regular duties. Having offered no proof of clerical error it was held that he could have no further relief. The protest was therefore overruled.